UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL SUMMERS,

    Plaintiff,

v.                                                    Case No. 4:22-cv-14-AW/MJF

KILOLO KIJAKAZI,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    Plaintiff initiated this action by filing a complaint, pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of the Social Security Administration's decision to deny Plaintiff's application for supplemental security income. Doc. 1. Before the undersigned is the Commissioner's "Unopposed Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g)." Doc. 9.

    Title 42 U.S.C. § 405(g) permits a district court to remand an application for benefits to the Commissioner by two methods, which are commonly referred to as "sentence four" and "sentence six" remands. *Ingram v. Comm'r of Soc. Sec. Admin.*, 496 F.3d 1253, 1261 (11th Cir. 2007). Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a

rehearing." 42 U.S.C. § 405(g). In the instant case, the Commissioner states that remand is appropriate to enable an Administrative Law Judge to obtain supplemental evidence from a vocational expert. Doc. 9 at 1.

Good cause having been shown, the undersigned respectfully **RECOMMENDS** that the District Court:

1. **GRANT** the Commissioner's unopposed motion to remand, Doc. 9;

2. **REVERSE** the Commissioner's decision and **REMAND** this case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g);

3. order the Commissioner to conduct proceedings in accordance with this report and recommendation; and

4. order the clerk of the court to enter final judgment pursuant to Federal Rule of Civil Procedure 58 and close the case file.

At Pensacola, Florida, this 1st day of July, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters.** See **N.D. Fla. Loc. R. 72.2;** see also **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is</u>**

**for the court's internal use only and does not control.** An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**