## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DANIEL SUMMERS,**

     **Plaintiff,**

**v.**                                                    **Case No. 4:22-cv-14-AW-MJF**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security,**

     **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff sought judicial review of the Social Security Administration's decision to deny him benefits. ECF No.1. The Acting Commissioner has moved—unopposed—for remand. The magistrate judge recommends granting the motion. And, unsurprisingly, there is no objection. Having considered the matter, I now adopt the magistrate judge's Report and Recommendation (ECF No. 10) and incorporate it into this order. The commissioner's motion (ECF No. 9) is GRANTED. The clerk will enter a judgment that says, "The Commissioner's decision is reversed, and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner must conduct further proceedings consistent with the court's order." The clerk will then close the file.

SO ORDERED on July 22, 2022.

s/ *Allen Winsor*
United States District Judge